UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JESUS GONZALEZ,<br><br>        Petitioner,<br><br>   v.<br><br>GERALD JANDA, Warden,<br><br>        Respondent. | NO. SACV 13-808-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 26, 2015

_____
DOLLY M. GEE
United States District Judge